UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONNIE PLATE,

    Plaintiff,

v.                                                         Case No: 8:18-cv-2534-T-36CPT

PINELLAS COUNTY,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on October 25, 2018 (Doc. 5). In the Report and Recommendation, Magistrate Judge Tuite recommends: 1) that Plaintiff's construed motion to proceed *in forma pauperis* be denied (Doc. 2); 2) that Plaintiff be directed to pay the Clerk's filing fee within twenty (20) days of the Court's Order; and 3) that Plaintiff be advised that the failure to pay the filing fee within this time frame may result in a dismissal of this action without further notice. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's construed motion to proceed *in forma pauperis* (Doc. 2) is DENIED.

**(3)** Plaintiff is directed to pay the Clerk's filing fee within twenty (20) days of the date of this Order. **Failure to pay the filing fee within this time frame may result in dismissal of this action without further notice.**

**DONE AND ORDERED** at Tampa, Florida on November 14, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record

2